# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| KERRY ZACK PORTER ) | Case No: 3:04CR87-01 |
| ) | USM No: 19627-058 |
| Date of Previous Judgment: 12/21/2005 ) | Tanzania Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 27  Amended Offense Level: 25
Criminal History Category: I  Criminal History Category: I
Previous Guideline Range: 70 to 87 months  Amended Guideline Range: 57 to 71 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): The original sentence in this case was given outside the advisory guideline system, ie: a variance. No factors have changed since the original sentencing.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated 12/21/2005 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _____

*/s/ Graham C. Mullen*

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge