IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:04-CR-87**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| KERRY ZACK PORTER | ) | |
| _____ | ) | |

THIS MATTER IS BEFORE THE COURT upon the request of defendant Kerry Zack Porter for an early termination of supervised release.

IT IS ORDERED that the clerk's office is directed to docket defendant's letter requesting an early termination of supervised release as a Motion for Early Termination of Federal Probation/Supervision.

IT IS FURTHER ORDERED that the Motion for Early Termination of Federal Probation/Supervision is hereby GRANTED effective the date of the signing of this Order.

IT IS SO ORDERED.

Signed: December 6, 2010

Graham C. Mullen
United States District Judge